JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD PRINCE                        )
                                       )
                    Plaintiff,         )
                                       )
        -v-                            )     Case No. SACV 11-0994-DOC(ANx)
                                       )
ALBERTSONS DISTRIBUTION CENTER,        )          ORDER DISMISSING
ETC., ET AL.                           )           CIVIL ACTION
                    Defendants.        )
_____)

     The Court having been advised by counsel for the parties that

the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is dismissed without

prejudice to the right, upon good cause shown within 30 days, to reopen

this action if settlement is not consummated.


DATED: January 3, 2012

                                    _____
                                         DAVID O. CARTER
                                    United States District Judge