BRANDIE N. CHARLES, Bar No. 188892
E-mail: bcharles@littler.com
MEGHANN BARLOEWEN, Bar No. 221904
E-mail: mbarloewen@littler.com
LITTLER MENDELSON
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
NEW ALBERTSON'S INC. (erroneously sued as
"ALBERTSON'S DISTRIBUTION CENTER")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD PRINCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALBERTSON'S DISTRIBUTION CENTER, a corporation; and DOES 1 to 100, Inclusive,<br><br>　　　　Defendant. | Case No.  SACV 11-00994 DOC (ANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DAVID O. CARTER<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD PRINCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALBERTSON'S DISTRIBUTION CENTER, a corporation; and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendant. | Case No. SACV 11-00994 DOC (ANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DAVID O. CARTER<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　　The Court having considered the parties' Stipulation Dismissing Action With Prejudice filed and served concurrently herewith, and good cause appearing therefore,

　　　　**HEREBY ORDERS, ADJUDGES, AND DECREES THAT:**

　　　　1.　　The entire action shall be and hereby is dismissed with prejudice;

　　　　2.　　Each party shall bear its/his/her/their own attorneys' fees and costs in connection with the prosecution and defense of this action; and

///

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3. The district court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: February 7, 2012

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Firmwide:106100466.1 068364.1002

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.